No. 39.

District Court, E. D. Pennsylvania.

July 31, 1940.

Freedman & Goldstein, of Philadelphia, Pa., for plaintiff.

Archie Carr GIBBS v. COMMERCIAL MOLASSES CORPORATION and Steamship "DORA" (and Steamship "COMOL CUBA").

No. 43.

District Court, E. D. Pennsylvania.

July 31, 1940.

Freedman & Goldstein, of Philadelphia, Pa., for plaintiff.

Krusen, Evans & Shaw, of Philadelphia, Pa., for defendants.

Before KIRKPATRICK, WELSH, KALODNER, and BARD, District Judges.

KALODNER, District Judge.

The motion to strike is granted.

See opinion filed this day in William H. Brown v. C. D. Mallory & Company et al., D.C., 34 F.Supp. 541.